Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Robert L Boucher (SBN: 244760)
**BOUCHER LAW**
2121 Natomas Crossings Dr., Suite 200-239
Sacramento, California 95834
Telephone:  916.974. 9756

Attorneys for Plaintiff,
MARK DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVIS<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:16-CV-01022-CRB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT JUNE 3, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Date:       June 3, 2016<br>Time:       8:30 a.m.<br>Judge:     Hon. Charles R. Breyer<br>Place:      Phillip Burton Federal Bldg<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102<br><br>Action Filed:  January 20, 2016<br>Trial Date:     TBD |

Plaintiff's Request to Appear Telephonically at the June 3, 2016, Case Management Conference submitted by Robert L. Boucher, counsel for Plaintiff MARK DAVIS is GRANTED.

Dated:  May 2, 2016

                                                           Charles R. Breyer
                                                           UNITED STATES DISTRICT COURT JUDGE

1

**[Proposed] Order Granting Plaintiff's Request to Appear**                                  Lawrance A. Bohm, Esq.
**Telephonically at June 3, 2016 Case Management Conference**                     Robert L. Boucher, Esq.
*Davis v. Wells Fargo Bank, National Association*                                                  Case No.: 3:16-CV-01022-CRB