1  Lawrance A. Bohm (SBN: 208716)
   **BOHM LAW GROUP, INC.**
2  4600 Northgate Boulevard, Suite 210
3  Sacramento, California 95834
   Telephone: 916.927.5574
4  Facsimile:  916.927.2046

5  Robert L Boucher (SBN: 244760)
   **BOUCHER LAW**
6  2121 Natomas Crossings Dr., Ste. 200-239
7  Sacramento, California 95834
   Telephone: 916.974. 9756
8
   Attorneys for Plaintiff,
9  MARK DAVIS

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVIS | Case No. 3:16-CV-01022-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive, | **Federal Rules of Civil Procedure; Rule 41(a)** |
| Defendants. | *Honorable Charles R. Breyer* |
| | Action Filed:  January 20, 2016 |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

WHEREAS, Plaintiff MARK DAVIS seeks to dismiss this action against Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION. The parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees.

1

Stipulation and [Proposed] Order for Dismissal of Case with Prejudice
*Davis v. Wells Fargo Bank, National Association, et. al.*     Lawrance A. Bohm, Esq.
Case No.: 3:16-CV-01022-CRB                                     Robert L. Boucher, Esq.

|  |  |
|---|---|
|  | **BOHM LAW GROUP, INC.;** |
|  | **BOUCHER LAW** |
| Dated: October 26, 2016 | By: _____ |
|  | LAWRANCE A. BOHM, ESQ. |
|  | ROBERT L. BOUCHER, ESQ. |
|  | Attorneys for Plaintiff, |
|  | MARK DAVIS |
|  | **SHEPPARD, MULLIN, RICHTER** |
|  | **& HAMPTON, LLP** |
| Dated: October    , 2016 | By: _____ |
|  | PAUL BERKOWITZ, ESQ. |
|  | RACHEL P. HOWARD, ESQ. |
|  | Attorneys for Defendant, |
|  | WELLS FARGO BANK, N.A. |

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, with prejudice, in its entirety. The Clerk of the Court is directed to close the file.

Dated: 11/14/2016

_____
**HONORABLE CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

---

2

Stipulation and [Proposed] Order for Dismissal of Case with Prejudice
*Davis v. Wells Fargo Bank, National Association, et. al.*
Case No.: 3:16-CV-01022-CRB

Lawrance A. Bohm, Esq.
Robert L. Boucher, Esq.